UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DZ BANK AG DEUTSCHE ZENTRAL GENOSSENSCHAFTBANK, FRANKFURT AM MAIN,<br><br>Plaintiff,<br><br>v.<br><br>CHOICE CASH ADVANCE, LLC, et al.,<br><br>Defendants. | CASE NO. C11-1312JLR<br><br>ORDER |

Pursuant to Local Rule LCR 7(h)(3), the court requests that Plaintiff DZ Bank AG Deutsche Zentral Genossenschaftbank, Frankfurt AM Main file a response to Defendant Choice Cash Advance, LLC's ("Choice") motion for reconsideration under Federal Rule of Civil Procedure 59(e). *See* Local Rules W.D. Wash. LCR 7(h)(3). Plaintiff's responsive memorandum shall be limited to 12 pages (exclusive of supporting declarations or affidavits) and shall be filed no later than Friday, April 19, 2013. Choice

ORDER- 1

1  may, but is not required to, file a reply memorandum, which shall be limited to five pages
2  and shall be filed no later than Wednesday, April 24, 2013.  The clerk is DIRECTED to
3  re-note this motion for April 24, 2013.

4        Dated this 8th day of April, 2013.

                                                                    *A*

JAMES L. ROBART
United States District Judge

ORDER- 2